**Marcus MERRILL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60328.**

Missouri Court of Appeals,
Western District.

Dec. 31, 2002.

Vanessa Caleb, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Philip M. Koppe, Assistant Attorney General, Kansas City, MO, for respondent.

Before ELLIS, C.J., NEWTON and HARDWICK, JJ.

### ORDER

PER CURIAM.

Marcus Merrill appeals the denial of his Rule 29.15 motion without an evidentiary hearing. For reasons set forth in the Memorandum provided to the parties, we affirm. Rule 84.16(b).